For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

**Christopher R. HILER, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**No. WD 61115.**

Missouri Court of Appeals, Western District.

Jan. 14, 2003.

Bob J. Hiler, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Tamara Ader, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

### Order

PER CURIAM.

Mr. Christopher R. Hiler appeals the judgment of the trial court, which suspended his driving privileges pursuant to §§ 302.500—302.541 on the basis that he had been driving while intoxicated.